UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Robert W. Parker

    v.                                          Case No. 26-cv-160-SM

Bartlett, NH, Police Chief et al


ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated March 31, 2026, for the reasons set forth therein.

The clerk of court shall enter judgment and close the case.

**So Ordered.**

_____
Steven J. McAuliffe
United States District Judge

Date: April 8, 2026

cc:  Robert W. Parker, pro se